IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LOUISA SEPAUGH PYRON**                                                                                      **PLAINTIFF**

**V.**                                                                                      **CAUSE NO. 3:21-CV-49-CWR-MTP**

**COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION**                                                                                      **DEFENDANT**

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (R&R). Docket No. 12. The R&R recommended affirming the Commissioner's final decision and dismissing this case with prejudice. The R&R notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* at 10.

This Court, finding that there has been no submission of written objections by either party, hereby adopts said R&R as the Order of this Court. Accordingly, this case is dismissed. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 26th day of May, 2022.

                                                                s/ Carlton W. Reeves
                                                                UNITED STATES DISTRICT JUDGE